GREGORY, Dist. Atty., et al., v. BERNHEIM DISTILLING CO. (Circuit Court of Appeals, Sixth Circuit. March 2, 1920.) No. 3363. Appeal from the District Court of the United States for the Western District of Kentucky; Walter Evans, Judge. W. V. Gregory, U. S. Atty., of Louisville, Ky., for appellants. Selligman & Selligman, of Louisville, Ky., for appellee.

PER CURIAM. Order dismissing appeal entered.

---

GREGORY, Dist. Atty., et al., v. BROWN–FORMAN CO. (Circuit Court of Appeals, Sixth Circuit. March 2, 1920.) No. 3357. Appeal from the District Court of the United States for the Western District of Kentucky; Walter Evans, Judge. W. V. Gregory, U. S. Atty., of Louisville, Ky., for appellants. Levy Mayer, of Chicago, Ill., and Wm. Marshall Bullitt, of Louisville, Ky., for appellee.

PER CURIAM. Order dismissing appeal entered.

---

GUENTHER v. DENNIS–SIMMONS LUMBER CO. et al. (Circuit Court of Appeals, Fourth Circuit. October 7, 1919.) No. 1716. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Washington; Henry G. Connor, Judge. Suit in equity by Emil Guenther against Dennis-Simmons Lumber Company and others. Decree for defendants and complainant appeals. Affirmed on opinion of District Court. 246 Fed. 521. A. D. MacLean, of Washington, N. C. (Small, MacLean, Bragaw & Rodman, of Washington, N. C., on the brief), for appellant. H. S. Ward, of Washington, N. C. (Ward & Grimes, of Washington, N. C., and H. W. Stubbs and Wheeler Martin, both of Williamston, N. C., on the brief), for appellees. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PRITCHARD, Circuit Judge. The plaintiff in the court below brings this appeal here from the final decree of the judge of the District Court for the Eastern District of North Carolina, wherein it is decreed that the plaintiff is not the owner of certain lands referred to therein and that the defendant, Dennis-Simmons Lumber Company, is the owner in fee of such lands. The learned judge who tried this suit prepared an exhaustive and comprehensive opinion, in which he entered into an elaborate discussion of the different questions involved, reaching the conclusion that the defendant acquired title to the premises by adverse, open, notorious, and continued possession of the same, and that the plaintiff is also barred by laches. A careful examination of the whole evidence leads us to the conclusion that the decree of the court below is eminently proper. We feel that to write an opinion in this case, in view of our conclusion, would of necessity be more or less repetition of what the lower court has already so well said about the questions involved in this controversy, therefore we content ourselves by adopting the opinion of the court below as reported in Guenther v. Dennis-Simmons Lumber Co. (D. C.) 246 Fed. 521, as the opinion of this court. Affirmed.

---

HENDRIX v. FORNEY. (Circuit Court of Appeals, Eighth Circuit. September 1, 1919.) No. 5309. In Error to the District Court of the United States for the Eastern District of Arkansas. Morris M. Cohn, Powell Clayton, and Louis M. Cohn, all of Little Rock, Ark., for plaintiff in error. Charles T. Coleman, of Little Rock, Ark., for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.